MARY C. DIGGS, Respondent, v. EDWARD R. DIGGS, Appellant.— Order, so far as appealed from, reversed, and motion denied, without costs, with leave to the plaintiff to renew her application for alimony as she may be advised. All concurred, except John M. Kellogg, P. J., and Woodward, J., dissenting.

FRED ELLIS, Respondent, v. HARRY SHERMAN and Others, Appellants.— Motion granted.

JOHN W. HASELO and Others, Respondents, v. THE STATE OF NEW YORK, Appellant.— Motion denied.

ELLA HART, as Sole Administratrix, etc., of JAMES HART, Deceased, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Motion denied.

HIRAM S. JOHNSON, as Executor and Trustee of and under the Last Will and Testament of HARRIET L. CURTIS, Late of the Town of Canaan, County of Columbia, N. Y., Deceased, Respondent, v. RUFUS H. WOODWORTH and ANNA W. WOODWORTH, His Wife, Appellants.— Motion denied.

JOHN D. LYONS, Appellant, v. ADELBERT M. SCRIBER and Others, Respondents.— Motion granted, with ten dollars costs, upon the authority of *Frank v. Rowland & Shafto, Inc.* (169 App. Div. 918). All concurred, except John M. Kellogg, P. J., and Lyon, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANNIE SOLOTAR, Mother, for Compensation under the Workmen's Compensation Law, for the Death of MAX SOLOTAR, Respondent, v. F. NEUGLASS & Co., Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CHARLES NYBROE, for Compensation under the Workmen's Compensation Law, Respondent, v. MILLS ESTATE, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of BARBARA B. FOLTS, Respondent, for Compensation under the Workmen's Compensation Law, to Herself and Two Minor Children, for the Death of DANIEL M. FOLTS, v. WILLIAM S. ROBERTSON, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by SAMUEL GLAXON, v. HERMAN MORITZ and EXCELSIOR SHRINKING COMPANY, INC., Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by WALTER SCHREMPP, Respondent, v. NORMA TALMADGE FILM COMPANY, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Motion denied.